UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT

FILED ORIGINAL

2003 NOV -3  P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

------------------------------------------------------------
DIRECTV, INC.
a California corporation,

        Plaintiff,

- against -

RICHARD F. IAGUESSA,

        Defendants.
------------------------------------------------------------

STATEMENT FOR JUDGMENT

Civil No. 3:03CV238 WWE

**Principal Amount** ............................................................................. $ 112,500.00

Interest at the Rate of 9% from **March 6, 2001** through
**October 24, 2003**............................................................................. $ 26,089.44
   20,611.20

Costs:
      Filing Fees ............................................................................. $ 150.00

      Process Server....................................................................... $ 135.00


**TOTAL FOR RICHARD F. IAGUESSA**............................. **$ 138,874.44**

LONSTEIN LAW OFFICE, P.C.

By:_____
    Wayne D. Lonstein

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD
-------------------------------------------------------

DIRECTV, INC.
a California corporation,

                Plaintiff,

- against -

RICHARD F. IAGUESSA,

                Defendants.
-------------------------------------------------------

**ORIGINAL**

**DEFAULT JUDGMENT**

Civil No. 3:03CV238 WWE

The summons and complaint in this action having been duly served upon the defendant, **RICHARD F. IAGUESSA** on March 25, 2003, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted;

**NOW**, on motion of WAYNE D. LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the plaintiff, it is hereby

**ORDERED AND ADJUDGED** that **DIRECTV, INC.** the plaintiff, does recover of **RICHARD F. IAGUESSA** the sum of $112,500.00, the amount claimed, plus interest at the rate of nine (9%) per cent per annum on the sum of $112,500.00 from the **6th day of March, 2001** to the **24th day of October, 2003** in the sum of **$26,089.44** with **$285.00** costs and disbursements, amounting in all to the sum of **$138,874.44** plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefor.

Dated:            , 2003

                                              HON. WARREN W. EGINTON
                                              U.S.D.J