UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT

**FILED ORIGINAL**

2003 NOV -3  P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

---

DIRECTV, INC.
a California corporation,

        Plaintiff,

- against -

RICHARD F. IAGUESSA,

        Defendants.

---

**REQUEST FOR DEFAULT**

Civil No. 3:03CV238 WWE

TO: CHRYSTINE W. CODY, CLERK
     UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
     BRIDGEPORT DIVISION

Please enter default of the following defendant,

**RICHARD F. IAGUESSA**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Wayne D. Lonstein, Esq.

Dated: Ellenville, New York
       October 24, 2003

                                         LONSTEIN LAW OFFICE, P.C.

                                         By:_____
                                             Wayne D.   Lonstein