UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT

-----------------------------------------------------------

DIRECTV, INC.
a California corporation,

        Plaintiff,

- against -

RICHARD F. IAGUESSA,

        Defendants.

-----------------------------------------------------------

FILED ORIGINAL

2003 NOV -3 P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR DEFAULT**

Civil No. 3:03CV238 WWE

STATE OF NEW YORK :
                : SS.:
COUNTY OF ULSTER :

    WAYNE D. LONSTEIN, being duly sworn, deposes and says as follows:

    1. I am the attorney for plaintiff, **DIRECTV, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2. This action was commenced pursuant to 47 U.S.C. 605, *et seq.* A copy of the summons and complaint was served on defendant, **RICHARD F. IAGUESSA,** as set forth in the proof of service by Emily Rubin, which was filed with the Court on April 14, 2003, a copy of which is annexed hereto as **Exhibit "A."**

    3. The time within which the defendant may answer or otherwise move with respect to the complaint herein has expired. Defendant

    **RICHARD F. IAGUESSA**

has not answered or otherwise moved with respect to the complaint; and the time for the defendant to do so has

not been extended.

4. Said defendant is not an infant or incompetent. Upon information and belief, defendant is not presently in the military service of the United States.

WHEREFORE, plaintiff **DIRECTV, INC.** requests that the default of the defendant

**RICHARD F. IAGUESSA**

be noted and that judgment be entered in favor of plaintiff and against defendant in the manner stated herein.

Dated: October 24, 2003
Ellenville, NY 12428

_____
Wayne D. Lonstein

Sworn to before me this 30
day of OCT , 2003

_____
*April Draganchuk*
**Notary Public State of New York**
**Registration No. 4945872**
**Residing in Ulster County**
**My Commission Expires Jan. 27, 2007**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Connecticut

DIRECTV, a California Corporation,
        Plaintiff,

V.

RICHARD F. IAGUESSA,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **3 03 CV 00238 WWE**

TO: (Name and address of Defendant)

Richard F. Iaguessa, Individually
10 Caputo Road
North Branford, CT 06471
Our File No. DTV-2CT-08

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York   12428
(845) 647-8500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                               2-6-03
CLERK                                                        DATE

_Michelle Sherman_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

DIV-OCT-08 ✓

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | MARCH 25, 2003 |
| NAME OF SERVER (PRINT) EMILY RUBIN | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10 CAPUTO RD. NORTH BRANFORD CONNECTICUT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 26, 2003
Date

Signature of Server

NEWINGTON, CT.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

## AFFIDAVIT OF SERVICE:

**DIRECTV, a California Corporation**      Plaintiff(s) / Petitioner(s)

VS.                                                                    Case#: 303CV00238WWE

**RICHARD F. IAGUESSA**      Defendant(s) / Respondent(s)

---

STATE OF CONNECTICUT:
COUNTY OF FAIRFIELD:   S.S. Bethel

EMILY RUBIN BEING DULY SWORN DEPOSES AND SAYS: That deponent is not a party to this action, is over the age of 18 years and resides in Newington, CT.
That on **MARCH 25, 2003** at: **1:12 PM.**
Deponent made due service of the within: SUMMONS IN A CIVIL CASE
On defendant named herein: **RICHARD F. IAGUESSA**
Address: **10 CAPUTO RD. NORTH BRANFORD, CT. 06471**

**xxxINDIVIDUAL:** By delivering a true copy of each to said recipient personally; deponent knew or had reason to believe the person to be the individual described within.

___**CORPORATION:** By delivering thereat a true copy of each to _____ at the above address and he knew the person so served to be the _____ of the corporation and said person stated that they were authorized to accept on behalf of the corporation.

___**SUITABLE AGE PERSON:** By delivering thereat a true copy of each to _____ (relationship) _____, a person of suitable age and discretion. Said premises is defendant's ___actual place of abode ___actual place of business ___dwelling house ___usual place of abode within the state.

___**MAILING:** Deponent also enclosed a true copy of each in a postpaid sealed wrapper properly addressed to the defendant at defendant's last known residence at _____ on _____ and deposited said wrapper in an official depository under exclusive care and custody of the United States Postal Service within the state where service was effected. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication concerned an action against the defendant.

**DESCRIPTION:** Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| Male | White | Brown | 45-50 | 6'0" | 170-180 lbs |

I asked Recipient if he/she was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. Said described individual was not wearing the uniform of any U.S. military force, nor did the deponent have reason to believe the said individual is currently serving in any U.S. military force.

Attest, _____
Deponent/Private Process Server
EMILY RUBIN

Sworn to before me on March 26, 2003

_____

Ksenia V. Rubin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07