UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
915 Lafayette Boulevard
Bridgeport, CT 06604

FILED

2003 NOV 13  A 11: 06

US DISTRICT COURT
BRIDGEPORT CT

Kevin F. Rowe
Clerk

3:03CV238 WWE - DIRECT TV v. IAGUESSA

NOTICE TO COUNSEL

Rule 41(b) of the Local Rules of this District provides:

"When counsel of record report to the Court that a Civil Action pending on its docket has been settled between the parties and no closing papers are filed within thirty (30) days thereafter, the Clerk shall enter an order of dismissal. Said dismissal shall be without costs and without prejudice to the right of any of the parties thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated."

The case above, after being reported settled on November 13, 2003, is subject to being dismissed under this rule. Unless some action is taken or a satisfactory explanation of why it should not be dismissed is submitted the Court on or before December 14, 2003, it will be dismissed.

Dated at Bridgeport, Connecticut, this 13th day of November, 2003.

KEVIN F. ROWE, Clerk

By _Rosalie A. Krapcli_
       Deputy Clerk