RECEIVED

NOV

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

ORIGINAL
FILED

---

**DIRECTV, INC.
a California corporation,**

                         Plaintiff,

        - against -

**RICHARD F. IAGUESSA,**

                         Defendants.

---

2003 NOV 20  P 3: 02

US DISTRICT COURT
BRIDGEPORT CT

**NOTICE OF SETTLEMENT**

Civil No. 3-03-CV-00238 WWE
Honorable Warren W. Edington

---

        Plaintiff, DIRECTV, INC., a California Corporation, hereby has compromised a portion of the

within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith

notifies the Court of the settlement of this action without prejudice.

        This is based upon a settlement made between Plaintiff and the above referenced  Defendant

wherein the Defendant will pay a certain consideration over a period of time not to exceed December 12,

2003.  The Clerk's Office, in its discretion, is authorized to administratively close this case due to this

settlement.  However, the Plaintiff specifically reserves the right, in the event of any non-payment by the

Defendant named herein, to reopen and reinstate its claim against the Defendant.  Alternatively, upon

completion of the terms of any settlement, Plaintiffs will dismiss their claim against the Defendant with

prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  November 13, 2003
Ellenville, NY

                                        **DIRECTV, INC.**

                                        BY: _____
                                        Wayne D. Lonstein, Esq.
                                        Bar Roll No.  CT 19973
                                        Lonstein Law Office, P.C.
                                        Attorneys for Plaintiff
                                        1 Terrace Hill, PO Box 351
                                        Ellenville, NY 12428
                                        Telephone: 845-647-8500
                                        Facsimile:  845-647-6277
                                        *Our File No.  DTV-2CT-08*