UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECT TV

v.                                                          3:03CV238  WWE

RICHARD IAGUESSA

## JUDGMENT

On November 13, 2003, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before December 14, 2003. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 5th day of January, 2004.

KEVIN F. ROWE, Clerk

By _Rosalie A. Krajcik_
Deputy Clerk

Entered on Docket _____